In the Matter of the Application of G. THOMAS CARTELLI, Appellant, for a Mandamus Order against GEORGE J. RYAN, President, and Others, Constituting the Board of Education of the City of New York, and Others, Respondents, and WILLIAM J. MURPHY, Impleaded, Defendant, Respondent.— Order denying peti-

* See Sup. Ct. Rules, 1st Dist. Bronx Co. rule 4, subd. 1.— [REP.

tioner's motion for a peremptory order of mandamus unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Motion to dismiss appeal denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.